MN - 204
(Rev'd 10/00)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| MARY J NETLAND ) | CASE NO. 11-41933-NCD |
| ) | |
| Debtor. ) | |

## NOTICE OF ABANDONMENT

To: The United States Trustee, all creditors and other parties in interest.

On June 13, 2011, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor(s) named above will abandon property of the estate as follows:

8316 – 32nd Avenue North, Crystal, MN, Legally described as: Lot 3, Block 1, West Winnetka Terrance Fifth Addition, Hennepin County, Minnesota.

Scheduled Value:    $21,213.72 (Future Interest)
Exemption:          $11,325.00

The Debtor has a 1/3 interest in the remainder interest. Marjorie Rice, Debtor's mother has a life estate. Marjorie Rice is 78 years of age. The fair market value is $140,000. There is a tax lien in the amount of $5049.30 and a mortgage of $5815. Trustee believes that the real estate cannot be sold due to the life estate of Marjorie Rice.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | (see address below) |
| 300 S. Fourth St. | 300 S. Fourth St. | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated:   May 18, 2011                              /e/Timothy D. Moratzka
                                                   TIMOTHY D. MORATZKA
                                                   1400 AT&T TOWER
                                                   901 MARQUETTE AVENUE
                                                   MINNEAPOLIS, MN  55402-2859
                                                   (612) 305-1400

1390635.1-TDM